**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

In Re:

                                Case No.  16-31095

Heather Dawn Kantlehner

                                Chapter 13

Debtor.                              Judge Alan C. Stout

**AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS 6113 THEILER LANE, LOUISVILLE, KY 40229 (Doc. No. 32)**

      This matter having come before the Court upon the Motion for Relief from Stay (Doc. No. 32), filed herein by the secured creditor, US Bank Trust National Association, as Trustee of the PRP II PALS Investments Trust ("Movant") in regard to personal property known as a 6113 THEILER LANE, LOUISVILLE, KY 40229, and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly payments to Movant; said payments are current in default for the Months of June 2017 through January 2018, plus fees and costs associated with filing the Motion for Relief. Delinquent payments, as of January 1, 2018 are, eight (8) payment in the amount of $672.33 for June 2017 through January 2018, plus $1,031.00 fees and cost. The total post-petition arrearage amount as of July 28, 2016 is $6,672.73.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $1,112.12 on or before February 15, 2018
    b. $1,112.12 on or before March 15, 2018
    c. $1,112.12 on or before April 15, 2018
    d. $1,112.12 on or before May 15, 2018
    e. $1,112.12 on or before June 15, 2018
    f. $1,112.12 on or before July 15, 2018

4. These lump sum payments are in addition to the regular monthly payment in the amount of $672.33, which begin again February 1, and are due on the 1st of each month thereafter.

5. In the event that said Debtor should fail to make any of the stipulated payments herein described on or before their specified due dates, or should they fail to pay any future monthly payment so that said payment is not received by Movant by its contractual due date, then, or in either of those events, Movant shall give ten (10) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file with the Court a "Certificate of Non-Compliance" certifying that the Debtor are in default under the terms of the Agreed Order and that upon submission of such certification, without hearing, further notice or separate order, the Movant is granted Relief from Stay.

This is a final and appealable order.

**IT IS SO ORDERED.**

**Court Modified: 1/11/2018.**

Alan C. Stout
United States Bankruptcy Judge

Dated: January 11, 2018

Agreed Upon and Submitted by:


   /s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Jon Lieberman (86802)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone:  513.444.4100
bankruptcy@sottileandbarile.com

  /s/ Wallace Hugh Spalding, III
Wallace Hugh Spalding, III
2950 Breckenridge Lane Suite 3
Louisville, KY 40220
Phone: (502) 456-2100
Fax: (502) 456-2175
wallacespalding@gmail.com
Debtor's Attorney
(Per written authorization received 01/09/2018)

Copies to:

Wallace Hugh Spalding, III
2950 Breckenridge Lane Suite 3
Louisville, KY 40220
wallacespalding@gmail.com

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Charles R. Merrill
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Heather Dawn Kantlehner
6113 Theiller Lane
Louisville, KY 40229